■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO A., Appellant. — Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on November 21, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no

nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Fein, Milonas and Ellerin, JJ.